IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK PROCTOR, An Individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation;<br><br>Defendant. | 8:20CV94<br><br>**ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **June 8, 2021**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **May 20, 2021** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. The court will provide conferencing instructions to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on May 18, 2021.

March 9, 2021

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge