IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK PROCTOR, An Individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation;<br><br>Defendant. | **8:20CV94**<br><br>**ORDER** |

Counsel mediated this case. A question exists as to the terms of any final settlement, if any, reached during that mediation.

Accordingly,

IT IS ORDERED:

1) Plaintiff's anticipated motion to enforce the parties' settlement shall be filed on or before May 26, 2021.

2) The trial and pretrial conference settings, and any other remaining case progression deadlines, are vacated pending further order of the court.

3) If upon Plaintiff's motion to enforce, the court finds that there was no meeting of the minds as to all material terms and therefore no settlement of this case, within ten (10) days of that ruling, the parties shall schedule a conference call with the undersigned magistrate judge to discuss a new trial and pretrial conference date.

Dated this 11th day of May, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge